No. 1213, Misc.   SCHLETTE *v.* CALIFORNIA ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 1217, Misc.   HULL *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 1219, Misc.   BOYNTON *v.* OHIO.   Sup. Ct. Ohio. Certiorari denied.

No. 1220, Misc.   STANLEY *v.* UNITED STATES.   Ct. Cl. Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1222, Misc.   MAJOR *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 1223, Misc.   KUK *v.* HOCKER, WARDEN.   Sup. Ct. Nev.   Certiorari denied.

No. 1227, Misc.   TANNER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1228, Misc.   WILLIAMS *v.* ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 1229, Misc.   SMITH *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 1234, Misc.   STEVENSON *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied. *Arnold T. Taub* for respondent.

No. 1238, Misc.   PHILLIPS *v.* GREENE COUNTY, TEN-NESSEE.   C. A. 6th Cir.   Certiorari denied.   *James N. Hardin* for respondent.